# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. DENIS MCCARVILLE

CASE NO: 3:23-mj-00050-KFR

---

Defendant DENIS MCCARVILLE,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).

- ☐ Paid cash bail in the amount of $ _____

- ☐ Posted unsecured bond in the amount of $ _____

- ☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other  Defendant to be released on own recognizance as soon as possible on Thursday, February 2, 2023.

DATED at **Anchorage**, Alaska, this **2nd** day of **February, 2023**.

*Kyle F. Reardon*
Kyle F. Reardon
United States Magistrate Judge

Original & 1 cy to U.S. Marshal