S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | Case No. 3:23-CR-00010-JMK-KFR |
| DENIS MCCARVILLE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**JOINT SENTENCING MEMORANDUM**

//

//

//

//

//

//

|  | **Statutory Provisions** | **Guideline Provisions** | **Recommended Sentence** |
|---|---|---|---|
| **CUSTODY:** | Maximum 1 year | 0–6 months | Time served |
| **SUPERVISED RELEASE:** | Maximum 1 year | 1 year | Not recommended |
| **PROBATION:** | Maximum 5 years | 3 years | Not recommended |
| **FINE:** | Maximum $100,000 | $500-9500 | Not recommended |
| **RESTITUTION:** | None applicable | Not applicable | Not recommended |
| **SPECIAL ASSESSMENT:** | $25 | $25 | $25 |

The defendant, Denis McCarville, intends to plead guilty to on count of Assault in Assault in the Special Aircraft Jurisdiction of the United States, in violation of 49 U.S.C. § 46506 and 18 U.S.C. § 113. The parties agree that the applicable Sentencing Guidelines provision in this case is U.S.S.G. § 2A2.3. Because the offense involved physical contact, the base offense level is 7. U.S.S.G. § 2A2.3(a)(1). The defendant's total offense level is 5, after a two-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1. The parties further agree that the defendant is a Criminal History Category I (0 points). Accordingly, the guideline range in this case is 0-6 months imprisonment, a 1-

*U.S. v. McCarville*
3:23-cr-00010-JMK-KFR     Page 2 of 4

Case 3:23-cr-00010-JMK-KFR   Document 11   Filed 02/03/23   Page 2 of 4

year term of supervised release, a 3-year term of probation, a $500-9500 fine, and a $25 special assessment.[1]

The Sentencing Commission reports that, during the last five fiscal years (FY2017-2021), there were 44 offenders whose primary guideline was §2A2.3, with a Final Offense Level of 5 and a Criminal History Category of I, after excluding offenders who received a §5K1.1 substantial assistance departure. For the 14 offenders (32%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 3 months and the median length of imprisonment imposed was 1 month. The majority of offenders (68%) received no imprisonment.

The parties jointly recommend that the Court impose a sentence of time served with no term of supervised release to follow. The defendant was arrested on January 29, 2023, immediately after the assault took place. He has spent the better part of a week in custody. The defendant is 70 years old, and this will be his first criminal conviction. The defendant has readily accepted responsibility for his conduct, indicating his intent to plead guilty at his first court appearance. The parties are confident that a time-served sentence in this case will achieve the goals of sentencing as set forth in 18 U.S.C. § 3553(a).

//

---

[1] The United States has made multiple efforts to contact the victim in this case via phone and email since Tuesday January 31, 2023. It has conveyed that this case is approaching resolution and solicited her input. The United States has not received any response. Accordingly, there is no information to support a claim for restitution at this time.

*U.S. v. McCarville*
3:23-cr-00010-JMK-KFR                     Page 3 of 4

Case 3:23-cr-00010-JMK-KFR   Document 11   Filed 02/03/23   Page 3 of 4

RESPECTFULLY SUBMITTED February 3, 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Seth Brickey
Office of the U.S. Attorney